```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------ X
RONALD THOMAS FUDGE,               :
                                   :
              Plaintiff,           :
                                   :
     -against-                     :
                                   :
RARE HOSPITALITY INTERNATIONAL,    :
INC., CB RICHARD ELLIS, INC.,      :
CROSSROADS MALL LIMITED            :
PARTNERSHIP, and ROUTE 23          :
ASSOCIATES, LLC,                   :
                                   :
              Defendants.          :
------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/20/2020

No. 18 Civ. 5526 (JFK)
**ORDER**

**JOHN F. KEENAN, United States District Judge:**

On November 14, 2018, the Court held a pretrial conference during which Defendants indicated that they may move for a change of venue pursuant to 28 U.S.C. § 1404(a). The Court allowed Defendants until January 2, 2019, to file the motion, however, according to the docket, Defendants never did so and this case has remained dormant ever since the November 14, 2018 conference.

Accordingly, Plaintiff is directed to advise the Court of the status of this action no later than March 20, 2020, or the Court will deem him to have abandoned his claims and it will direct the Clerk of Court to close this case.

**SO ORDERED.**

Dated:  New York, New York
        February 20, 2020

            _____
                  John F. Keenan
            United States District Judge